ORIGINAL COGAN, J. **CV 18-3934**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRistopher Hill

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

New York City Police
Department, Officer
Michael Yu of Tactical
Narcotics Team

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**RECEIVED**
JUL 06 2018
**PRO SE OFFICE**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES  X       NO _____

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Christopher Hill

If you are incarcerated, provide the name of the facility and address:

Downstate Correctional Facility
121 Red Schoolhouse Road PO Box 445
Fishkill, NY 12524-0445

Prisoner ID Number: 16A3012

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____


B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Michael Yu

Job Title: Police Officer Shield # 19716

Address: Tactical Narcotics Team Queens Tax Reg 947625

Defendant No. 2

Full Name: _____

Job Title: _____

Address: _____

Defendant No. 3

Full Name: _____

Job Title: _____

|  |  |
|---|---|
|  | _____ |
|  | Address |

Defendant No. 4

| | _____ |
|---|---|
| | Full Name |
| | _____ |
| | Job Title |
| | _____ |
| | _____ |
| | Address |

Defendant No. 5

| | _____ |
|---|---|
| | Full Name |
| | _____ |
| | Job Title |
| | _____ |
| | _____ |
| | Address |

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? __107-34 156st__
__Queens, New York 11402    # 2__

When did the events happen? (include approximate time and date) __May 4Th__
__2016 Between 6:00 Am And 6:15 Am__

Facts: (what happened?) On The above Date 5-4-16 while waiting To go back To a Drug program. I was asleep at 107-34 156 St Queens NY 2nd Floor Apartment in a Bedroom. The room Door was kicked in By New York City Police Department Tactical Narcotics Team Led By Officer Michael Yu Tax Reg # 947625 and Shield # 19716

I was Taken into Custody By Officer Michael Yu For the Following Charges PL. 265.03c, 220.03 220.50 M/ Docket Number is 2016QN020016

It was stated that I only rented a room from the owner of the apartment Bruce Parker and they still held me accountable For what they Found in the house. On Aug. 9, 2016 The grand Jury Found me Not guilty and Dissmissed all of the Following charges.

II.A.   Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Now Because of The Following: My Drug program was taken away From me and I was sentened to 2 to 4 years. in Which I had to Do 18 months. Officer michael Yu knew That I had nothing To Do with anything In The house

_signature_
SIGNATURE

SWORN TO BEFORE ME
THIS 2 DAY OF July
20 2018
NOTARY PUBLIC

WILLIAM R NASTASI
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07-21

III. Relief: State what relief you are seeking if you prevail on your complaint.

I'm seeking 1.5 million Dollars.

I declare under penalty of perjury that on 6-28-2018, I delivered this complaint to prison authorities at Downstate Corr Facility to be mailed to the United States District Court for the Eastern District of New York.

(date)
(name of prison)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-28-2018

_____
Signature of Plaintiff

Downstate Correctional Facility
Name of Prison Facility or Address if not incarcerated

BOX F
Red schoolhouse Road
Fishkill, NY 12524
Address

16A3012
Prisoner ID#

rev. 12/1/2015